**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELVIS FUNDERBURK,

    Plaintiff,

vs.                                Case No:  3:13-cv-1413-J-34MCR

B.P. PRODUCTS NORTH AMERICA,
INC. B.P.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency, which the Court construes as a Motion to Proceed *in forma pauperis* (Doc. 2) as well as Plaintiff's Motion to Appoint Counsel (Doc. 5), and Plaintiff's Motion for Leave to Amend Complaint (Doc. 6).  In Plaintiff's Motion for Leave to Amend Complaint (Doc. 6), Plaintiff revealed that he resides in Citrus county Florida.  (Doc. 6, pp. 2-3).  Accordingly,  for the convenience of the parties and the interest of justice, the undersigned believes this action should be transferred to the Ocala Division based on Plaintiff's residence in that Division.

Therefore, it is respectfully

**RECOMMENDED**:

This case be transferred to the Ocala Division of this Court for all further proceedings.

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Rule 72(b), Fed.R.Civ.P.; and Local Rule 6.02(a), United States District Court for the Middle District of Florida.

**DONE** and **ENTERED** in Jacksonville, Florida this 17th day of December, 2013.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Marcia Morales Howard
United States District Judge,

Counsel of Record

- 2 -